FILED

JAN 23 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR5049-~~AJB~~ GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING SENTENCING** |
| JOSE CARLOS MADRIGAL-ORELLANO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing in connection in this case shall be continued to February 13 at 9:30 a.m.

**SO ORDERED.**

Dated: 1-23-12

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court Judge

11CR5049-GT