FILED
FEB 09 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE CARLOS MADRIGAL-ORELLANO,<br>Defendant. | ) Cr. No. 11-5049GT<br>)<br>) ORDER<br>) |
|---|---|

On January 26, 2012, Defendant, Jose Carlos Madrigal-Orellano ("Mr. Madrigal"), filed a Motion to Withdraw Guilty Plea ("Motion"). In this Motion, Mr. Madrigal stated that it was recently discovered that his father was a native born United States. Mr. Madrigal argued that this newly discovered evidence may give him derivative citizenship, which is a defense to unlawful entry. The Court denied Mr. Madrigal's Motion, stating that if Mr. Madrigal proved to the Court that he had derivative citizenship, the Court would allow him to withdraw his guilty plea.

On February 8, 2012, Mr. Madrigal submitted further briefing on the issue. Mr. Madrigal correctly pointed out that under current Ninth Circuit law, he is not required to show that the newly discovered evidence exonerates him or that based upon the newly discovered evidence, there is a

reasonable probability he would not have been convicted if he went to trial. United States v. Garcia, 401 F.3d 1008, 1011 (9th Cir. 2005). Accordingly,

IT IS ORDERED that this Court's order dated February 6, 2012 is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Mr. Madrigal's **Motion to Withdraw Guilty Plea** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Sentencing Hearing set for February 13, 2012 is **Vacated** and is now a **Status Hearing** regarding further proceedings.

**IT IS SO ORDERED.**

2-9-12
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel