FILED
MAY 25 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR5049-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOSE CARLOS MADRIGAL-ORELLANO, | ) | |
| | ) | |
| Defendant. | ) | |

   Based upon the Motion filed by the United States of America, and good cause appearing therefor, it is hereby

   ORDERED that the Information herein is DISMISSED, with prejudice, as to defendant JOSE CARLOS MADRIGAL-ORELLANO.

   DATED this _____ day of May, 2012.

                                      WILLIAM Q. HAYES
                                      UNITED STATES DISTRICT COURT JUDGE